J. H. Allison, et al., Plaintiffs in Error, v. Wm. B. Lukens, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Alachua.

Writ of Error dismissed on motion of counsel for plaintiffs in Error.

*E. G. Baxter* and *W. S. Broome,* for Plaintiffs in Error;

No appearance for Defendant in Error.

---

Jim Hicks, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Pasco.

Writ of Error dismissed on motion of the Attorney General.

No appearance for Plaintiff in Error;

*Van C. Swearingen,* Attorney General, for the State.